# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# THOMASVILLE DIVISION

| | | |
|---|---|---|
| TORRIEO MONTE JOHNSON, | : | |
| Plaintiff, | : | |
| v. | : | 6:06-CV-49 (WLS) |
| STATE OF GEORGIA, ET. AL., | : | 42 U.S.C. § 1983 |
| Defendant. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 26), filed January 16, 2007. It is recommended that Plaintiff's complaint against the State of Georgia be dismissed. (Doc. No. 26). Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant State of Georgia's motion to dismiss (Doc. No. 10) is **GRANTED** and Plaintiff's claims against said Defendant are **DISMISSED.**

SO ORDERED, this 15th day of February, 2007.

/s/W. Louis Sands
**W. Louis Sands, Judge**
**United States District Court**