IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

TORRIEO MONTE JOHNSON,

    Plaintiff,

v.

7:07-CV-119(WLS)

STATE OF GEORGIA, ET. AL.,

    Defendants.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 32), filed April 19, 2007. It is recommended that Defendant's, the "Public Defender's Office," motion to dismiss be granted. Neither Plaintiff, nor Defendant, has filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED, ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. No. 17) is **GRANTED**.

SO ORDERED, this __4th__ day of August, 2007.

                                                      /s/W. Louis Sands
                                                **W. Louis Sands, Judge**
                                                **United States District Court**