IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

TORRIEO MONTE JOHNSON,

    Plaintiff,

v.

STATE OF GEORGIA, ET. AL.,

    Defendants.

6:06-CV-49 (WLS)
7:07-cv-119(WLS)

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 33), filed April 19, 2007. It is recommended that Defendant Oliver Register's motion for summary judgment be granted. Neither Plaintiff, nor Defendant, has filed a timely objection.

Also pending, but not addressed by the Magistrate Judge is Plaintiff's motion for a writ of mandamus. (Doc. No. 35). As it appears that the writ is addressed to compel the action of the State of Georgia or its employees, and that the State has been dismissed and that the Magistrate Judge recommends the dismissal of the remaining claims, said motion should be denied as moot. Accordingly, Plaintiff's motion for a writ of mandamus (Doc. No. 35) is **DENIED as moot.**

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED, ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. No. 22) is **GRANTED** and Plaintiff's motion for a wit of mandamus (Doc. No. 35) is **DENIED as moot.**

SO ORDERED, this __6th__ day of September, 2007.

                                                /s/W. Louis Sands
                                              **W. Louis Sands, Judge**
                                              **United States District Court**